B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dixon, Edwardo** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Dixon, Nekeei** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3434** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7611** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**137 Fir St<br>Park Forest, IL**<br>ZIPCODE **60466-1708** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**137 Fir St<br>Park Forest, IL**<br>ZIPCODE **60466-1708** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dixon, Edwardo & Dixon, Nekeei** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**Northern Dist Of Illinois (Ch 13 - Dismissed)** | Case Number:<br>**06-11384** | Date Filed:<br>**09/12/2006** |
| Location<br>Where Filed:**N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Nicolette Robovsky*                          **7/30/08**<br><span style="padding-left:2em">Signature of Attorney for Debtor(s)</span>                Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><span style="padding-left:1em">☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.</span><br><br>If this is a joint petition:<br><span style="padding-left:1em">☑  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.</span> |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br><span style="padding-left:6em">(Name of landlord or lessor that obtained judgment)</span><br><br>_____<br><span style="padding-left:6em">(Address of landlord or lessor)</span><br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Dixon, Edwardo & Dixon, Nekeei** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edwardo Dixon**
Signature of Debtor                                      **Edwardo Dixon**

X **/s/ Nekeei Dixon**
Signature of Joint Debtor                              **Nekeei Dixon**

Telephone Number (If not represented by attorney)

**July 30, 2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney\***

X **/s/ Nicolette Robovsky**
Signature of Attorney for Debtor(s)

**Nicolette Robovsky 6278336**
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**
Firm Name

**77 W Washington, Ste 1218**
Address

**Chicago, IL  60602**

**(312) 578-9530**
Telephone Number

**July 30, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Dixon, Edwardo & Dixon, Nekeei** | **X** _/s/ Edwardo Dixon_ | **7/30/2008** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | **X** _/s/ Nekeei Dixon_ | **7/30/2008** |
| | Signature of Joint Debtor (if any) | Date |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                            Case No. _____

**Dixon, Edwardo** _____   Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Edwardo Dixon** _____

Date: **July 30, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:

Case No. _____

Dixon, Nekeei

Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Nekeei Dixon***_____

Date: **July 30, 2008**_____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                              Case No. _____

**Dixon, Edwardo & Dixon, Nekeei**                          Chapter **7** _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 12,675.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 6,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $ 36,865.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 4,045.94 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,039.00 |
| TOTAL | | 28 | $ 12,675.00 | $ 42,865.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

_____   Chapter **7** _____
Dixon, Edwardo & Dixon, Nekeei
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 5,783.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **5,783.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 4,045.94 |
| Average Expenses (from Schedule J, Line 18) | $ | 4,039.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,663.41 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 1,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 36,865.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 37,865.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                    Case No. _____
_____
                        Debtor(s)                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                  Case No. _____
_____
Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account w/ Chase** | J | 50.00 |
| | | **Savings account with 77th Depot Federal Credit Union** | J | 50.00 |
| | | **Savings account with Credit Union** | W | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Normal and necessary household goods, including but not limited to : TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Music, books, and pictures** | J | 75.00 |
| 6.  Wearing apparel. | | **Clothing** | | 250.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life - through work - No cash surrender value** | H | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement** | H | 4,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Loan to friend, Nicole Benford | J | 600.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Kia Sedona | J | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                  Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **12,675.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                        Case No. _____
_____                                          (If known)
                    Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:               ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Checking Account w/ Chase** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Savings account with 77th Depot Federal Credit Union** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Savings account with Credit Union** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Normal and necessary household goods, including but not limited to : TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | **735 ILCS 5 §12-1001(b)** | **2,500.00** | **2,500.00** |
| **Music, books, and pictures** | **735 ILCS 5 §12-1001(a)** | **75.00** | **75.00** |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Retirement** | **735 ILCS 5 §12-1006(a)** | **4,000.00** | **4,000.00** |
| **Loan to friend, Nicole Benford** | **735 ILCS 5 §12-1001(b)** | **600.00** | **600.00** |
| **2003 Kia Sedona** | **735 ILCS 5 §12-1001(c)** | **4,800.00** | **5,000.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                                Case No. _____
_____
                Debtor(s)                                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Affiliated Financial**<br>**13680 NW 5th St**<br>**Sunrise, FL  33325-6234** | | J | auto loan<br><br><br>VALUE $ **5,000.00** | | | | 6,000.00 | 1,000.00 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  |  | Subtotal<br>(Total of this page) | $ **6,000.00** | $ **1,000.00** |
|---|---|---|---|---|
|  |  | Total<br>(Use only on last page) | $ **6,000.00** | $ **1,000.00** |
|  |  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Dixon, Edwarda & Dixon, Nekeei                                Case No. _____
　　　　　　　　Debtor(s)                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dixon, Edwardo & Dixon, Nekeei** _____ Case No. _____
         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **h1966822** <br><br> **ADT** <br> **C/O Redline Recovery Services, Llc** <br> **6201 Bonhomme Rd Ste 100S** <br> **Houston, TX  77036-4373** | | J | **Utility or Cellular Use** | | | | **333.00** |
| ACCOUNT NO. <br><br> **Tate & Kirlin Associates** <br> **2810 Southampton Rd** <br> **Philadelphia, PA  19154-1207** | | | **Assignee or other notification for:** <br> **ADT** | | | | |
| ACCOUNT NO. **6236** <br><br> **Assoc. St. James Radiologists** <br> **20201 Crawford Ave** <br> **Olympia Fields, IL  60461-1010** | | H | **Open account opened 1/07** | | | | **96.00** |
| ACCOUNT NO. <br><br> **Associated St James Radiologists** <br> **PO Box 3597** <br> **Springfield, IL  62708-3597** | | | **Assignee or other notification for:** <br> **Assoc. St. James Radiologists** | | | | |

**15** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ **429.00** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei** _____   Case No. _____
_____Debtor(s)_____                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Creditors Collection B<br>755 Almar Pkwy<br>Bourbonnais, IL  60914-2392** | | | Assignee or other notification for:<br>**Assoc. St. James Radiologists** | | | | |
| ACCOUNT NO. **9140**<br>**AT & T<br>PO Box 8100<br>Aurora, IL  60507-8100** | | W | **Open account opened 4/07** | | | | **119.00** |
| ACCOUNT NO.<br>**SBC/ AT&T<br>225 W Randolph St<br>Chicago, IL  60606-1838** | | | Assignee or other notification for:<br>**AT & T** | | | | |
| ACCOUNT NO.<br>**West Asset Management<br>PO Box 105478<br>Atlanta, GA  30348-5478** | | | Assignee or other notification for:<br>**AT & T** | | | | |
| ACCOUNT NO. **486236244603**<br>**Capital One<br>PO Box 85520<br>Richmond, VA  23285-5520** | | W | **Revolving account opened 6/04** | | | | **531.00** |
| ACCOUNT NO.<br>**Capital Management Services<br>726 Exchange St Ste 700<br>Buffalo, NY  14210-1484** | | | Assignee or other notification for:<br>**Capital One** | | | | |
| ACCOUNT NO.<br>**Regional Adjustment Bureau<br>PO Box 1022<br>Wixom, MI  48393** | | | Assignee or other notification for:<br>**Capital One** | | | | |

Sheet no. ____**1**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **650.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                Case No. _____
                    Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tsys Debt Management<br>PO Box 5155<br>Norcross, GA  30091-5155** | | | Assignee or other notification for:<br>**Capital One** | | | | |
| ACCOUNT NO.<br>**Chase<br>Customer Claim Dept<br>TX 1 # 2551<br>Dallas, TX  75262-0002** | | J | bank fees | | | | 250.00 |
| ACCOUNT NO. **761101**<br>**Chase Education Financ<br>6510 Old Canton Rd<br>Ridgeland, MS  39157-1313** | | W | Installment account opened 8/07 | | | | 3,000.00 |
| ACCOUNT NO. **761103**<br>**Chase Education Financ<br>6510 Old Canton Rd<br>Ridgeland, MS  39157-1313** | | W | Installment account opened 9/07 | | | | 1,739.00 |
| ACCOUNT NO. **761102**<br>**Chase Education Financ<br>6510 Old Canton Rd<br>Ridgeland, MS  39157-1313** | | W | Installment account opened 8/07 | | | | 1,044.00 |
| ACCOUNT NO.<br>**Check Into Cash Of Illinois, LLC<br>D/B/A Check Into Cash - Store 4024<br>4103 Lincoln Hwy<br>Matteson, IL  60443-2402** | | J | loan | | | | 200.00 |
| ACCOUNT NO.<br>**City Of Chicago Bureau Of Parking<br>Department Of Revenue<br>333 S State St Ste 540<br>Chicago, IL  60604-3992** | | J | parking tickets | | | | 500.00 |

Sheet no. **2** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,733.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                            Case No.

Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2033375075**<br>**Com Ed Company**<br>**Attn:  Revenue Management Dept**<br>**2100 Swift Dr**<br>**Oak Brook, IL  60523-1559** | | J | **Utility or Cellular Use** | | | | **307.00** |
| ACCOUNT NO.<br>**Com Ed**<br>**Customer Care Center**<br>**PO Box 805379**<br>**Chicago, IL  60680-5379** | | | **Assignee or other notification for: Com Ed Company** | | | | |
| ACCOUNT NO.<br>**Reed Smith**<br>**Attn:  Pia Thompson**<br>**10 S Wacker Dr**<br>**Chicago, IL  60606-7453** | | | **Assignee or other notification for: Com Ed Company** | | | | |
| ACCOUNT NO. **0733**<br>**Comcast**<br>**Attn Bankruptcy**<br>**1500 Market St**<br>**Philadelphia, PA  19102-2100** | | W | **Collections account opened 1/08** | | | | **569.00** |
| ACCOUNT NO.<br>**Credit Protection Asso**<br>**PO Box 802068**<br>**Dallas, TX  75380-2068** | | | **Assignee or other notification for: Comcast** | | | | |
| ACCOUNT NO. **8798401280460081, 9823**<br>**Comcast**<br>**Attn Bankruptcy**<br>**1500 Market St**<br>**Philadelphia, PA  19102-2100** | | W | **Open account opened 9/07** | | | | **490.00** |
| ACCOUNT NO.<br>**Credit Protection Asso**<br>**PO Box 802068**<br>**Dallas, TX  75380-2068** | | | **Assignee or other notification for: Comcast** | | | | |

Sheet no. __**3**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,366.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                    Case No. _____
_____
Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1f0022847257** <br><br>**Consultants In Pathology** <br>**2020 Lindell Ave** <br>**Nashville, TN  37203-5509** | | J | Medical/ Dental Bill | | | | 14.00 |
| ACCOUNT NO. **27532103** <br><br>**Cook County State's Attorney** <br>**Bad Check Restitution Program** <br>**PO Box 3984 A** <br>**Chicago, IL  60654-0984** | | J | nsf check | | | | 336.00 |
| ACCOUNT NO. <br><br>**Target National Bank** <br>**Mail Stop 5C-F** <br>**PO Box 673** <br>**Minneapolis, MN  55440** | | | Assignee or other notification for: **Cook County State's Attorney** | | | | |
| ACCOUNT NO. **604872** <br><br>**Creditors Alliance** <br>**PO Box 1288** <br>**Bloomington, IL  61702-1288** | | J | Collections | | | | 463.00 |
| ACCOUNT NO. **3386** <br><br>**Directv** <br>**PO Box 9001063** <br>**Louisville, KY  40290-1063** | | W | Open account opened 7/07 | | | | 193.00 |
| ACCOUNT NO. <br><br>**Nco Fin/09** <br>**507 Prudential Rd** <br>**Horsham, PA  19044-2308** | | | Assignee or other notification for: **Directv** | | | | |
| ACCOUNT NO. **1599** <br><br>**Echo  Ltd.** <br>**500 W Court St** <br>**Kankakee, IL  60901-3661** | | W | Open account opened 2/07 | | | | 531.00 |

Sheet no. **4** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,537.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Creditors Collection B<br>For Echo, Ltd<br>755 Almar Pkwy<br>Bourbonnais, IL  60914-2392** | | | Assignee or other notification for:<br>Echo  Ltd. | | | | |
| ACCOUNT NO. **1420**<br>**Echo, Ltd<br>500 W Court St<br>Kankakee, IL  60901-3661** | | H | Medical/ Dental Bill | | | | **525.00** |
| ACCOUNT NO.<br>**Credtrs Coll<br>755 Almar Pkwy<br>Bourbonnais, IL  60914-2392** | | | Assignee or other notification for:<br>Echo, Ltd | | | | |
| ACCOUNT NO. **ecc1008020**<br>**Emerg Care And Health Org Ltd<br>555 W Court St Ste 410<br>Kankakee, IL  60901-3675** | | J | Medical/ Dental Bill | | | | **531.00** |
| ACCOUNT NO. **8161**<br>**First Cash - Instant Cash Adva** | | H | Open account opened 3/07 | | | | **561.00** |
| ACCOUNT NO.<br>**Ais Services Llc<br>For First Cash Advance Instant Cash Adv<br>50 California St<br>San Francisco, CA  94111-4624** | | | Assignee or other notification for:<br>First Cash - Instant Cash Adva | | | | |
| ACCOUNT NO. **5178-0072-2063-2525**<br>**First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD  57117-5524** | | H | Revolving account opened 7/04 | | | | **509.00** |

Sheet no. _**5**_ of _**15**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,126.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                          Case No. _____
_____
            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Accounts Receivables Management**<br>**PO Box 129**<br>**Thorofare, NJ 08086-0129** | | | Assignee or other notification for:<br>**First Premier Bank** | | | | |
| ACCOUNT NO. **4872**<br>**Furniture For Less** | | H | **Open account opened 7/05** | | | | **463.00** |
| ACCOUNT NO.<br>**Creditors Alliance Inc**<br>**For Furniture For Less**<br>**PO Box 1288**<br>**Bloomington, IL 61702-1288** | | | Assignee or other notification for:<br>**Furniture For Less** | | | | |
| ACCOUNT NO. **732576162**<br>**Hawthorne Credit Union**<br>**267 S Weber Rd**<br>**Bolingbrook, IL 60490-1510** | | J | **bank fees** | | | | **535.00** |
| ACCOUNT NO.<br>**Global Recovery Services India Prvt**<br>**Dept 9500**<br>**Los Angeles, CA 90084-0001** | | | Assignee or other notification for:<br>**Hawthorne Credit Union** | | | | |
| ACCOUNT NO.<br>**Illinois Department Of Employment Securi**<br>**Attn Bankruptcy 3rd Fl**<br>**401 S State St**<br>**Chicago, IL 60605-1229** | | W | **Overpayment of benefits** | | | | **875.00** |
| ACCOUNT NO. **305309165552**<br>**LaSalle Bank**<br>**135 S Lasalle St**<br>**Chicago, IL 60603-4177** | | J | **bank fees** | | | | **1,446.00** |

Sheet no. _____**6**_____ of _____**15**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,319.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dixon, Edwards & Dixon, Nekeei                              Case No. _____
            Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Trs Recovery Services**<br>**5251 Westheimer Rd**<br>**Houston, TX  77056-5412** | | | **Assignee or other notification for:**<br>**LaSalle Bank** | | | | |
| ACCOUNT NO. **1126**<br>**Literary Guild Select Book Clu**<br>**PO Box 6325**<br>**Harrisburg, PA  17112-0325** | | W | **Open account opened 2/08** | | | | **76.00** |
| ACCOUNT NO.<br>**Rjm Acq Llc**<br>**575 Underhill Blvd Ste 224**<br>**Syosset, NY  11791-3416** | | | **Assignee or other notification for:**<br>**Literary Guild Select Book Clu** | | | | |
| ACCOUNT NO. **5748648**<br>**Mutual Hospital Collections**<br>**2525 N Shadeland Ave Ste 101**<br>**Indianapolis, IN  46219-1794** | | J | **Medical/ Dental Bill** | | | | **198.00** |
| ACCOUNT NO.<br>**National City Mortgage**<br>**PO Box 1820**<br>**Dayton, OH  45401-1820** | | J | **notice only.  pending foreclosure deficiency.** | X | | X | **0.00** |
| ACCOUNT NO. **ed01, 56758**<br>**Neighborhood Pediatrics**<br>**20200 Governors Dr Ste 101**<br>**Olympia Fields, IL  60461-1087** | | J | **Medical/ Dental Bills** | | | | **120.00** |
| ACCOUNT NO. **70062044972**<br>**Nicor Gas**<br>**1844 W Ferry Rd**<br>**Naperville, IL  60563-9662** | | W | **Open account opened 7/07** | | | | **3,689.00** |

Sheet no. **7** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,083.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dixon, Edwardo & Dixon, Nekeei                                    Case No. _____
_____
              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Er Solutions**<br>**PO Box 9004**<br>**Renton, WA  98057-9004** | | | **Assignee or other notification for:**<br>**Nicor Gas** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA  19044-2308** | | | **Assignee or other notification for:**<br>**Nicor Gas** | | | | |
| ACCOUNT NO. **6631**<br>**No Faxing Payday Loan Com** | | H | loan | | | | **548.00** |
| ACCOUNT NO.<br>**National Credit Adjustors**<br>**PO Box 3023**<br>**Hutchinson, KS  67504-3023** | | | **Assignee or other notification for:**<br>**No Faxing Payday Loan Com** | | | | |
| ACCOUNT NO.<br>**National Ser**<br>**For No Faxing Payday Loan.Com**<br>**18820 Aurora Ave N**<br>**Shoreline, WA  98133-3900** | | | **Assignee or other notification for:**<br>**No Faxing Payday Loan Com** | | | | |
| ACCOUNT NO.<br>**Payday Loan Store**<br>**628 W 14th St**<br>**Chicago Heights, IL  60411-3148** | | J | loan | | | | **400.00** |
| ACCOUNT NO. **3507302350145**<br>**Pca Interational**<br>**C/O Trs Recovery Services**<br>**PO Box 60022**<br>**City of Industry, CA  91716-0022** | | J | nsf check | | | | **82.00** |

Sheet no. __**8**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,030.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**          Case No. _____
          Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. pr8625664<br>**Pest Control Service**<br>**C/O Rollins Service Bureau**<br>**PO Box 13230**<br>**Atlanta, GA  30324-0230** | | J | Collections | | | | 75.00 |
| ACCOUNT NO. 3328594070<br>**Quest Diagnostics**<br>**PO Box 64804**<br>**Baltimore, MD  21264-4804** | | J | Medical/ Dental Bill | | | | 55.00 |
| ACCOUNT NO. 22457407fch<br>**Revenue Cycle Solutions**<br>**PO Box 7229**<br>**Westchester, IL  60154-7229** | | J | Collections | | | | 655.00 |
| ACCOUNT NO. 2778821<br>**Riscuity**<br>**1600 Terrell Mill Rd SE**<br>**Marietta, GA  30067-8340** | | J | Collections | | | | 1,030.00 |
| ACCOUNT NO. pr8625664<br>**Rolllins Primes**<br>**C/O National Asset Recovery, Inc**<br>**5901-C Peachtree Dunwoody Rd, Ste 530**<br>**Atlanta, GA  30328** | | J | Collections | | | | 75.00 |
| ACCOUNT NO. 34072713401285<br>**Sav A Lot**<br>**C/O Trs Recovery Services, Inc**<br>**PO Box 17170**<br>**Denver, CO  80217-0170** | | J | Collections | | | | 25.00 |
| ACCOUNT NO.<br>**Select Legal PC**<br>**53 W Jackson Blvd Ste 709**<br>**Chicago, IL  60604-3475** | | J | attorney fees | | | | 91.00 |

Sheet no. **9** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **2,006.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**          Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0507203100-fch**<br><br>**Sisters Of St Francis Health Services**<br>**PO Box 7229**<br>**Westchester, IL  60154-7229** | | J | Medical/ Dental Bills | | | | 45.00 |
| ACCOUNT NO.<br><br>**St James Hospital And Health Centers**<br>**37653 Eagle Way**<br>**Chicago, IL  60678-1376** | | | Assignee or other notification for:<br>Sisters Of St Francis Health Services | | | | |
| ACCOUNT NO. **408422756**<br><br>**South Suburban Hospital**<br>**17800 Kedzie Ave**<br>**Hazel Crest, IL  60429-2029** | | J | Medical/ Dental Bill | | | | 30.00 |
| ACCOUNT NO. **10183**<br><br>**Southwest Women's Healthcare Assoc**<br>**3700 W 203rd St Ste 110**<br>**Olympia Fields, IL  60461-1181** | | J | Medical/ Dental Bill | | | | 10.00 |
| ACCOUNT NO. **0576242305**<br><br>**Sprint Nextel**<br>**2001 Edmund Halley Dr**<br>**Reston, VA  20191-3436** | | J | Utility or Cellular Use | | | | 516.00 |
| ACCOUNT NO.<br><br>**Diversified Adjustment Services**<br>**600 Coon Rapids Blvd NW**<br>**Coon Rapids, MN  55433-5549** | | | Assignee or other notification for:<br>Sprint Nextel | | | | |
| ACCOUNT NO. **8350270**<br><br>**Sprint Nextel**<br>**2001 Edmund Halley Dr**<br>**Reston, VA  20191-3436** | | J | Utility or Cellular Use | | | | 963.00 |

Sheet no. **10** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **1,564.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dixon, Edwardo & Dixon, Nekeei                                        Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Diversified Adjustment Services**<br>**600 Coon Rapids Blvd NW**<br>**Coon Rapids, MN  55433-5549** | | | **Assignee or other notification for:**<br>**Sprint Nextel** | | | | |
| ACCOUNT NO. **0022834253**<br>**St James Health Center**<br>**37653 Eagle Way**<br>**Chicago, IL  60678-1376** | | J | **Medical/ Dental Bill** | | | | **15.00** |
| ACCOUNT NO. **7fch, 0508002167**<br>**St James Hospital**<br>**1423 Chicago Rd**<br>**Chicago Heights, IL  60411-3400** | | H | **Medical/ Dental Bill** | | | | **2,655.00** |
| ACCOUNT NO.<br>**Account Management Service**<br>**PO Box 19617**<br>**Indianapolis, IN  46219-0617** | | | **Assignee or other notification for:**<br>**St James Hospital** | | | | |
| ACCOUNT NO.<br>**Revenue Cycl**<br>**3 Westbrook Corporate Ctr**<br>**Westchester, IL  60154-5703** | | | **Assignee or other notification for:**<br>**St James Hospital** | | | | |
| ACCOUNT NO. **0136, 9506, 9507**<br>**St James Hospital**<br>**1423 Chicago Rd**<br>**Chicago Heights, IL  60411-3400** | | H | **Medical/ Dental Bills** | | | | **270.00** |
| ACCOUNT NO.<br>**Acct Recov**<br>**555 Van Reed Rd**<br>**Wyomissing, PA  19610-1756** | | | **Assignee or other notification for:**<br>**St James Hospital** | | | | |

Sheet no. **11** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,940.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                    Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5604**<br>**St James Prof- Elisa M Scott**<br>**900 Jorie Blvd Ste 186**<br>**Oak Brook, IL  60523-3808** | | W | **Open account opened 2/04** | | | | **100.00** |
| ACCOUNT NO.<br>**Nco Fin/55**<br>**507 Prudential Rd**<br>**Horsham, PA  19044-2308** | | | **Assignee or other notification for:**<br>**St James Prof- Elisa M Scott** | | | | |
| ACCOUNT NO.<br>**Star/ A   J Disposal Srvc**<br>**20 South St**<br>**Park Forest, IL  60466-1226** | | W | **Open account opened 11/05** | | | | **55.00** |
| ACCOUNT NO.<br>**I C System Inc**<br>**For Star/ AJ Disposal Service**<br>**PO Box 64378**<br>**Saint Paul, MN  55164-0378** | | | **Assignee or other notification for:**<br>**Star/ A   J Disposal Srvc** | | | | |
| ACCOUNT NO. **2120**<br>**T Mobile Bankruptcy Team**<br>**PO Box 53410**<br>**Bellevue, WA  98015-5341** | | W | **Open account opened 10/06** | | | | **195.00** |
| ACCOUNT NO.<br>**Bureau Of Collection R**<br>**7575 Corporate Way**<br>**Eden Prairie, MN  55344-2022** | | | **Assignee or other notification for:**<br>**T Mobile Bankruptcy Team** | | | | |
| ACCOUNT NO.<br>**TCF**<br>**800 Burr Ridge Pkwy**<br>**Burr Ridge, IL  60527-6486** | | J | **bank fees** | | | | **417.00** |

Sheet no. __**12**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **767.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                    Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Chex Systems** <br> **7805 Hudson Rd Ste 100** <br> **Saint Paul, MN  55125-1595** | | | Assignee or other notification for: TCF | | | | |
| ACCOUNT NO. <br> **Telecheck** <br> **5251 Westheimer Rd** <br> **Houston, TX  77056-5412** | | | Assignee or other notification for: TCF | | | | |
| ACCOUNT NO. **7440016** <br> **University Of Chicago Physicians** <br> **PO Box 2139** <br> **Bedford Park, IL  60499-2139** | | J | Medical/ Dental Bills | | | | 425.00 |
| ACCOUNT NO. <br> **US Cellular** <br> **Write Off Team** <br> **5117 W Terrace Dr** <br> **Madison, WI  53718-8344** | | J | Utility or Cellular Use | | | | 150.00 |
| ACCOUNT NO. <br> **Village Of Chicago Heights** <br> **Tickets/ Clerk's Office** <br> **1601 Chicago Rd** <br> **Chicago Heights, IL  60411-3447** | | J | tickets | | | | 100.00 |
| ACCOUNT NO. <br> **Village Of Homewood** <br> **Tickets** <br> **2020 Chestnut Rd** <br> **Homewood, IL  60430-1702** | | J | tickets | | | | 150.00 |
| ACCOUNT NO. <br> **Village Of Matteson** <br> **Tickets** <br> **4900 Village Commons** <br> **Matteson, IL  60443-2666** | | J | tickets | | | | 100.00 |

Sheet no. __**13**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 925.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                     Case No. _____
　　　　　　　　　Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2280** <br> **Village Of Olympia Fields** <br> **PO Box 457** <br> **Wheeling, IL  60090-0457** | | W | Medical/ Dental Bill | | | | **250.00** |
| ACCOUNT NO. <br> **Rmi/mcsi** <br> **3348 Ridge Rd** <br> **Lansing, IL  60438-3112** | | | Assignee or other notification for: <br> Village Of Olympia Fields | | | | |
| ACCOUNT NO. **2883, 2884** <br> **Village Of Park Forest** <br> **Tickets** <br> **350 Victory Dr** <br> **Park Forest, IL  60466-2003** | | H | tickets | | | | **1,855.00** |
| ACCOUNT NO. <br> **Rmi/mcsi** <br> **3348 Ridge Rd** <br> **Lansing, IL  60438-3112** | | | Assignee or other notification for: <br> Village Of Park Forest | | | | |
| ACCOUNT NO. <br> **Village Of Park Forest** <br> **Tickets** <br> **200 Lakewood Blvd** <br> **Park Forest, IL  60466-2003** | | | Assignee or other notification for: <br> Village Of Park Forest | | | | |
| ACCOUNT NO. **5152, 8709, 5153, 0353** <br> **Village Of Park Forest** <br> **Tickets** <br> **350 Victory Dr** <br> **Park Forest, IL  60466-2003** | | H | tickets | | | | **3,750.00** |
| ACCOUNT NO. <br> **Rmi/mcsi** <br> **3348 Ridge Rd** <br> **Lansing, IL  60438-3112** | | | Assignee or other notification for: <br> Village Of Park Forest | | | | |

Sheet no. **14** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,855.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **034607250013**<br>**Village Of Park Forest**<br>**Water Department**<br>**350 Victory Dr**<br>**Park Forest, IL  60466-2003** | | J | Utility or Cellular Use | | | | **117.00** |
| ACCOUNT NO. **182628**<br>**Walgreens**<br>**Corporate Office**<br>**200 Wilmot Rd**<br>**Deerfield, IL  60015-4620** | | J | nsf check | | | | **106.00** |
| ACCOUNT NO.<br>**Check Plus Systems**<br>**National Notification Section**<br>**PO Box 782408**<br>**San Antonio, TX  78278-2408** | | | Assignee or other notification for: Walgreens | | | | |
| ACCOUNT NO. **844576 hi**<br>**Well Group Health Partners**<br>**333 Dixie Hwy**<br>**Chicago Heights, IL  60411-1748** | | H | Medical/ Dental Bills | | | | **1,312.00** |
| ACCOUNT NO.<br>**Cb Accts Inc**<br>**1101 Main St**<br>**Peoria, IL  61606-1928** | | | Assignee or other notification for: Well Group Health Partners | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __15__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **1,535.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **36,865.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** <u>Dixon, Edwardo & Dixon, Nekeei</u>                                           Case No. _____
                                  Debtor(s)                                                           (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Aaron's Sales And Lease**<br>**3359 Chicago Rd**<br>**South Chicago Heights, IL  60411-5422** | **Lease of TV** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Dixon, Edwardo & Dixon, Nekeei**                                          Case No. _____
_____
                        Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE  Dixon, Edwardo & Dixon, Nekeei                          Case No. _____
                    Debtor(s)                                           (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Dependent**<br>**Dependent**<br>**Dependent** | AGE(S):<br>**11**<br>**10**<br>**1** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Bus Driver** | |
| Name of Employer | **CTA** | **Kickert Bus** |
| How long employed | **5 years** | **9 months** |
| Address of Employer | **Chicago, IL** | **Lynwood, IL** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 4,721.45 | $ | 941.96 |
| 2. Estimated monthly overtime | $ | | $ | |
| **3. SUBTOTAL** | $ | 4,721.45 | $ | 941.96 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and Social Security | $ | 816.85 | $ | 162.35 |
| b. Insurance | $ | 89.34 | $ | |
| c. Union dues | $ | 115.46 | $ | |
| d. Other (specify)  **See Schedule Attached** | $ | 424.93 | $ | 8.54 |
| | $ | | $ | |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 1,446.58 | $ | 170.89 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 3,274.87 | $ | 771.07 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| 8. Income from real property | $ | | $ | |
| 9. Interest and dividends | $ | | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ | | $ | |
| | $ | | $ | |
| 12. Pension or retirement income | $ | | $ | |
| 13. Other monthly income<br>(Specify) _____ | $ | | $ | |
| | $ | | $ | |
| | $ | | $ | |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ | |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 3,274.87 | $ | 771.07 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

|  | |
|---|---|
| $ | 4,045.94 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Dixon, Edwardo & Dixon, Nekeei</u>                                    Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|                               | DEBTOR | SPOUSE |
|-------------------------------|-------:|-------:|
| Other Payroll Deductions:     |        |        |
| **Mandatory Pension**         | 283.29 |        |
| **Back Benefits**             | 141.64 |        |
| **Child Care**                |        |   8.54 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Dixon, Edwardo & Dixon, Nekeei    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 879.00 |
| a. Are real estate taxes included?    Yes ____  No ✓ | | |
| b. Is property insurance included?    Yes ____  No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 325.00 |
| b. Water and sewer | $ | 75.00 |
| c. Telephone | $ | 100.00 |
| d. Other    **Cell Phones** | $ | 160.00 |
| **Cable And Internet** | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 160.00 |
| 6. Laundry and dry cleaning | $ | 70.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | |
| b. Life | $ | |
| c. Health | $ | |
| d. Auto | $ | 160.00 |
| e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 225.00 |
| b. Other    **Lease With Aaron's** | $ | 100.00 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other    **Child Care** | $ | 350.00 |
| **Vehicle Care And Maintenance** | $ | 40.00 |
| **Personal Care And Grooming** | $ | 120.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    | $ | 4,039.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,045.94 |
| b. Average monthly expenses from Line 18 above | $ | 4,039.00 |
| c. Monthly net income (a. minus b.) | $ | 6.94 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Dixon, Edwardo & Dixon, Nekeei                                    Case No. _____
_____
Debtor(s)                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 30, 2008** _____     Signature: */s/ Edwardo Dixon* _____
                                                **Edwardo Dixon**                          Debtor

Date: **July 30, 2008** _____     Signature: */s/ Nekeei Dixon* _____
                                                **Nekeei Dixon**                  (Joint Debtor, if any)
                                                [If joint case, both spouses must sign.]

_____

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                                      Case No. _____

Dixon, Edwardo & Dixon, Nekeei _____     Chapter **7** _____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

## 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
47,000.00   2006 income from employment (joint)

48,359.00   2007 income from employment (joint)

4,700.00   2008 income from employment (monthly) (husband)

950.00   2008 income from employment (monthly) (wife)

## 2. Income other than from employment or operation of business

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Payday Loan Store**<br>**1515 Western Ave**<br>**Chicago Heights, IL  60411-3148** | **2008** | **garnishment of paycheck** |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **National City Mortgage**<br>**PO Box 1820**<br>**Dayton, OH  45401-1820** | **June 2008** | **Foreclosure of 45 Apple Lane, Park Forest, IL  60466** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **7/23/2008** | **351.00** |

**10. Other transfers**

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **LaSalle Bank**<br>**135 S Lasalle St**<br>**Chicago, IL  60603-4177** | **Checking Account** | **Negative balance upon closing** |

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Charles Cozy** | **Ford Taurus (not running)** | |

**15. Prior address of debtor**

None ☐   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **45 Apple Lane, Park Forest, IL  60466** | | |

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Nikeei's House Of Lingerie** | | | **Sole Proprietorship, Retail** | **2002 - 2002** |

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☑ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **July 30, 2008**                Signature  ***/s/ Edwardo Dixon***

of Debtor                                                        **Edwardo Dixon**

Date: **July 30, 2008**                Signature  ***/s/ Nekeei Dixon***

of Joint Debtor                                                **Nekeei Dixon**
(if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                    Case No. _____

Dixon, Edwardo & Dixon, Nekeei                    Chapter **7** _____

                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☑ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2003 Kia Sedona** | **Affiliated Financial** | | | | ✓ |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| **Lease of TV** | **Aaron's Sales And Lease** | | | | ✓ |

| | | | |
|---|---|---|---|
| **07/30/2008** | **/s/ Edwardo Dixon** | | **/s/ Nekeei Dixon** |
| Date | **Edwardo Dixon**         Debtor | | **Nekeei Dixon**         Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Dixon, Edwardo & Dixon, Nekeei                           Chapter **7** _____
                            Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 30, 2008** _____    */s/ Edwardo Dixon* _____
                                            Debtor


                                            */s/ Nekeei Dixon* _____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Dixon, Edwardo
137 Fir St
Park Forest, IL  60466-1708

Assoc. St. James Radiologists
20201 Crawford Ave
Olympia Fields, IL  60461-1010

Check Plus Systems
National Notification Section
PO Box 782408
San Antonio, TX  78278-2408

Dixon, Nekeei
137 Fir St
Park Forest, IL  60466-1708

Associated St James Radiologists
PO Box 3597
Springfield, IL  62708-3597

Chex Systems
7805 Hudson Rd Ste 100
Saint Paul, MN  55125-1595

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

AT & T
PO Box 8100
Aurora, IL  60507-8100

City Of Chicago Bureau Of Parking
Department Of Revenue
333 S State St Ste 540
Chicago, IL  60604-3992

Aaron's Sales And Lease
3359 Chicago Rd
South Chicago Heights, IL  60411-5422

Bureau Of Collection R
7575 Corporate Way
Eden Prairie, MN  55344-2022

Com Ed
Customer Care Center
PO Box 805379
Chicago, IL  60680-5379

Account Management Service
PO Box 19617
Indianapolis, IN  46219-0617

Capital Management Services
726 Exchange St Ste 700
Buffalo, NY  14210-1484

Com Ed Company
Attn:  Revenue Management Dept
2100 Swift Dr
Oak Brook, IL  60523-1559

Accounts Receivables Management
PO Box 129
Thorofare, NJ  08086-0129

Capital One
PO Box 85520
Richmond, VA  23285-5520

Comcast
Attn Bankruptcy
1500 Market St
Philadelphia, PA  19102-2100

Acct Recov
555 Van Reed Rd
Wyomissing, PA  19610-1756

Cb Accts Inc
1101 Main St
Peoria, IL  61606-1928

Consultants In Pathology
2020 Lindell Ave
Nashville, TN  37203-5509

ADT
C/O Redline Recovery Services, Llc
6201 Bonhomme Rd Ste 100S
Houston, TX  77036-4373

Chase
Customer Claim Dept
TX 1 # 2551
Dallas, TX  75262-0002

Cook County State's Attorney
Bad Check Restitution Program
PO Box 3984 A
Chicago, IL  60654-0984

Affiliated Financial
13680 NW 5th St
Sunrise, FL  33325-6234

Chase Education Financ
6510 Old Canton Rd
Ridgeland, MS  39157-1313

Credit Protection Asso
PO Box 802068
Dallas, TX  75380-2068

Ais Services Llc
For First Cash Advance Instant Cash Adv
50 California St
San Francisco, CA  94111-4624

Check Into Cash Of Illinois, LLC
D/B/A Check Into Cash - Store 4024
4103 Lincoln Hwy
Matteson, IL  60443-2402

Creditors Alliance
PO Box 1288
Bloomington, IL  61702-1288

**Creditors Alliance Inc**
**For Furniture For Less**
**PO Box 1288**
**Bloomington, IL  61702-1288**

**First Premier Bank**
**PO Box 5524**
**Sioux Falls, SD  57117-5524**

**National Ser**
**For No Faxing Payday Loan.Com**
**18820 Aurora Ave N**
**Shoreline, WA  98133-3900**

**Creditors Collection B**
**755 Almar Pkwy**
**Bourbonnais, IL  60914-2392**

**Global Recovery Services India Prvt**
**Dept 9500**
**Los Angeles, CA  90084-0001**

**Nco Fin/09**
**507 Prudential Rd**
**Horsham, PA  19044-2308**

**Creditors Collection B**
**For Echo, Ltd**
**755 Almar Pkwy**
**Bourbonnais, IL  60914-2392**

**Hawthorne Credit Union**
**267 S Weber Rd**
**Bolingbrook, IL  60490-1510**

**Nco Fin/55**
**507 Prudential Rd**
**Horsham, PA  19044-2308**

**Credtrs Coll**
**755 Almar Pkwy**
**Bourbonnais, IL  60914-2392**

**I C System Inc**
**For Star/ AJ Disposal Service**
**PO Box 64378**
**Saint Paul, MN  55164-0378**

**NCO Financial Systems**
**507 Prudential Rd**
**Horsham, PA  19044-2308**

**Directv**
**PO Box 9001063**
**Louisville, KY  40290-1063**

**Illinois Department Of Employment Securi**
**Attn Bankruptcy 3rd Fl**
**401 S State St**
**Chicago, IL  60605-1229**

**Neighborhood Pediatrics**
**20200 Governors Dr Ste 101**
**Olympia Fields, IL  60461-1087**

**Diversified Adjustment Services**
**600 Coon Rapids Blvd NW**
**Coon Rapids, MN  55433-5549**

**LaSalle Bank**
**135 S Lasalle St**
**Chicago, IL  60603-4177**

**Nicor Gas**
**1844 W Ferry Rd**
**Naperville, IL  60563-9662**

**Echo  Ltd.**
**500 W Court St**
**Kankakee, IL  60901-3661**

**Literary Guild Select Book Clu**
**PO Box 6325**
**Harrisburg, PA  17112-0325**

**Payday Loan Store**
**628 W 14th St**
**Chicago Heights, IL  60411-3148**

**Echo, Ltd**
**500 W Court St**
**Kankakee, IL  60901-3661**

**Mutual Hospital Collections**
**2525 N Shadeland Ave Ste 101**
**Indianapolis, IN  46219-1794**

**Pca Interational**
**C/O Trs Recovery Services**
**PO Box 60022**
**City of Industry, CA  91716-0022**

**Emerg Care And Health Org Ltd**
**555 W Court St Ste 410**
**Kankakee, IL  60901-3675**

**National City Mortgage**
**PO Box 1820**
**Dayton, OH  45401-1820**

**Pest Control Service**
**C/O Rollins Service Bureau**
**PO Box 13230**
**Atlanta, GA  30324-0230**

**Er Solutions**
**PO Box 9004**
**Renton, WA  98057-9004**

**National Credit Adjustors**
**PO Box 3023**
**Hutchinson, KS  67504-3023**

**Quest Diagnostics**
**PO Box 64804**
**Baltimore, MD  21264-4804**

Reed Smith
Attn: Pia Thompson
10 S Wacker Dr
Chicago, IL  60606-7453

Select Legal PC
53 W Jackson Blvd Ste 709
Chicago, IL  60604-3475

T Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA  98015-5341

Regional Adjustment Bureau
PO Box 1022
Wixom, MI  48393

Sisters Of St Francis Health Services
PO Box 7229
Westchester, IL  60154-7229

Target National Bank
Mail Stop 5C-F
PO Box 673
Minneapolis, MN  55440

Revenue Cycl
3 Westbrook Corporate Ctr
Westchester, IL  60154-5703

South Suburban Hospital
17800 Kedzie Ave
Hazel Crest, IL  60429-2029

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA  19154-1207

Revenue Cycle Solutions
PO Box 7229
Westchester, IL  60154-7229

Southwest Women's Healthcare Assoc
3700 W 203rd St Ste 110
Olympia Fields, IL  60461-1181

TCF
800 Burr Ridge Pkwy
Burr Ridge, IL  60527-6486

Riscuity
1600 Terrell Mill Rd SE
Marietta, GA  30067-8340

Sprint Nextel
2001 Edmund Halley Dr
Reston, VA  20191-3436

Telecheck
5251 Westheimer Rd
Houston, TX  77056-5412

Rjm Acq Llc
575 Underhill Blvd Ste 224
Syosset, NY  11791-3416

St James Health Center
37653 Eagle Way
Chicago, IL  60678-1376

Trs Recovery Services
5251 Westheimer Rd
Houston, TX  77056-5412

Rmi/mcsi
3348 Ridge Rd
Lansing, IL  60438-3112

St James Hospital
1423 Chicago Rd
Chicago Heights, IL  60411-3400

Tsys Debt Management
PO Box 5155
Norcross, GA  30091-5155

Rolllins Primes
C/O National Asset Recovery, Inc
5901-C Peachtree Dunwoody Rd, Ste 530
Atlanta, GA  30328

St James Hospital And Health Centers
37653 Eagle Way
Chicago, IL  60678-1376

University Of Chicago Physicians
PO Box 2139
Bedford Park, IL  60499-2139

Sav A Lot
C/O Trs Recovery Services, Inc
PO Box 17170
Denver, CO  80217-0170

St James Prof- Elisa M Scott
900 Jorie Blvd Ste 186
Oak Brook, IL  60523-3808

US Cellular
Write Off Team
5117 W Terrace Dr
Madison, WI  53718-8344

SBC/ AT&T
225 W Randolph St
Chicago, IL  60606-1838

Star/ A  J Disposal Srvc
20 South St
Park Forest, IL  60466-1226

Village Of Chicago Heights
Tickets/ Clerk's Office
1601 Chicago Rd
Chicago Heights, IL  60411-3447

**Village Of Homewood**
**Tickets**
**2020 Chestnut Rd**
**Homewood, IL  60430-1702**

**Village Of Matteson**
**Tickets**
**4900 Village Commons**
**Matteson, IL  60443-2666**

**Village Of Olympia Fields**
**PO Box 457**
**Wheeling, IL  60090-0457**

**Village Of Park Forest**
**Tickets**
**350 Victory Dr**
**Park Forest, IL  60466-2003**

**Village Of Park Forest**
**Water Department**
**350 Victory Dr**
**Park Forest, IL  60466-2003**

**Village Of Park Forest**
**Tickets**
**200 Lakewood Blvd**
**Park Forest, IL  60466-2003**

**Walgreens**
**Corporate Office**
**200 Wilmot Rd**
**Deerfield, IL  60015-4620**

**Well Group Health Partners**
**333 Dixie Hwy**
**Chicago Heights, IL  60411-1748**

**West Asset Management**
**PO Box 105478**
**Atlanta, GA  30348-5478**

```
       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 30200712      DIXO   SP SSN:  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  F1040 SUMMARY 1 of 2
    NEKEEI DIXON
    137 FIR ST
    FS: Head of Household               PARK FOREST IL              604661708372
    EXEMPT: 02
    TOT ADJ/DED:            0      TOT INC:      16,836   TAX/TPR:        0.00
                                   TOT PYMTS:     3,897.00

    R1 - R7 F1040 PG1 THRU PG7


    C1 C BUS/INC/LOSS 1
    CA C BUS/INC/LOSS 1



    SD D CAPITAL GAINS

                                    E1 EARNED INCOME CR

    *** ALL OTHER DEFINER CODES RELEVANT TO THIS RETURN ARE DISPLAYED ON PG. 2 ***
        OF THE SUMMARY SCREEN.  USE DEFINER "DC" TO ACCESS.
```

```
       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 30200712 R1 DIXO   SP SSN:  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     F1040  1 of 7

    FILING STATUS: Head of Household

    THIRD PRTY IND: 0

    DEPENDENTS:                                EXEMPTIONS: 02
    1 SSN: 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 DIXO



                                         PER RETURN
    LN 7     WAGES                          13,671
    LN 8a    TAXABLE INTEREST:  SCH B            0
    LN 8b    TAX-EXEMPT INTEREST                 0
    LN 9a    ORDINARY DIVIDEND INCOME: SCH B     0
    LN 9b    QUALIFIED DIVIDENDS                 0
    LN 10    REFUNDS OF STATE/LOCAL TAXES      357
    LN 11    ALIMONY RECEIVED                    0
```

```
    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 30200712 R2 DIXO   SP SSN: 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   F1040  2 of 7
                                        PER RETURN
LN 12   BUSINESS INCOME OR LOSS: SCH C
LN 13   CAPITAL GAINS OR LOSS:  SCH D              2,197-
LN 14   OTHER GAINS OR LOSSES:  F4797                892
LN 15a  GROSS IRA DISTRIBUTIONS                        0
LN 15b  TAXABLE IRA DISTRIBUTIONS                      0
LN 16a  GROSS PENSION/ANNUITY AMOUNT                   0
LN 16b  TAXABLE PENSION/ANNUITY AMOUNT                 0
LN 17   RENT/ROYALTY/PARTNERSHIP/ESTATE               0


LN 18   FARM INCOME OR LOSS:  SCH F                    0
LN 19   UNEMPLOYMENT INCOME                        4,113
LN 20a  GROSS SOCIAL SECURITY BENEFITS                 0
LN 20b  TXBL SOCIAL SECURITY BENEFITS                  0

LN 21   OTHER INCOME                                   0
LN 22   TOTAL INCOME                              16,836
LN 23   EDUCATOR EXPENSES                              0
```

```
    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 30200712 R3 DIXO   SP SSN: 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   F1040  3 of 7
                                        PER RETURN
LN 24   RESERVIST AND OTHR BUS EXPNS                   0
LN 25   HEALTH SAVINGS ACCT DEDUCTION                  0
LN 26   MOVING EXPENSES:  F3903                        0
LN 27   SELF-EMPLOYMENT TAX DEDUCTION                  0
LN 28   SELF-EMP SEP AND QLFD PLANS                    0
LN 29   SELF-EMP HEALTH INS DEDUCTION                  0
LN 30   EARLY WTHDRAWL OF SAVINGS PNLTY                0
LN 31a  ALIMONY PAID SSN: 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                  0
LN 32   IRA DEDUCTION                                  0
LN 33   STUDENT LOAN INTEREST DEDUCTION                0
LN 34   TUITION AND FEES DEDUCTION                     0
LN 35   DOMESTIC PROD ACTVTY DED: F8903                0
        ARCHER MSA DEDUCTION                           0
        OTHER ADJUSTMENTS                              0
LN 36   TOTAL ADJUSTMENTS                              0
LN 37   AGI                                     16,836.00
```

```
        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 30200712 R4 DIXO    SP SSN: 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        F1040  4 of 7
                                          PER RETURN
LN 43    TAXABLE INCOME                    2,186.00

LN 44    TENTATIVE TAX                       219.00

         ADDNL FORM 8814 TAX AMT
LN 45    ALTERNATIVE MINIMUM TAX               0.00
LN 47    CHILD & DEP CARE EXP:  F2441          0.00
LN 48    CR ELDERLY AND DISABLED:  SCH R     181.00
LN 49    EDUCATION CREDIT:  F8863              0.00
                                              38.00
LN 50    RESIDENTIAL ENERGY CREDITS           0.00
LN 51    FOREIGN TAX CREDIT:  F1116           0.00
LN 52    CHILD TAX CREDIT                     0.00

         DC FIRST TIME HOMEBUYER CREDIT       0.00
LN 53    RETIREMENT SAVINGS CONTRIB CR        0.00
         PRIM RET SAV CNTRB:  F8880 LN 6a     0
         SEC RET SAV CNTRB:  F8880 LN 6b      0
```

```
        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 30200712 R5 DIXO    SP SSN: 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        F1040  5 of 7
                                          PER RETURN
LN 54    F8396/F8839/F8859 CREDITS            0.00
LN 55    GENERAL BUSINESS CREDITS             0.00
         MORTGAGE CERTIFICATE CR              0.00
         FORM 1040C CREDIT                    0.00
         PRIOR YR MIN TAX CREDIT:  F8801      0.00
         OTHER STATUTORY CREDITS              0.00
LN 56    TOTAL STATUTORY CREDITS            219.00

LN 58    SELF-EMPLOYMENT TAX                  0.00
LN 59    FICA ON UNREPORTED TIPS              0.00
         UNPAID FICA ON REPORTED TIPS         0.00
         TOT SS/MED WTHLD:  F8812 LN 7        0.00
LN 60    TAX ON QUALIFIED PLANS:  F5329       0.00
```

```
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 30200712 R6 DIXO   SP SSN: 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      F1040  6 of 7
                                        PER RETURN
LN 61   ADVANCED EIC                           0.00
LN 62   HOUSEHLD EMPLOYMENT TXES: SCH H        0.00
LN 63   TOTAL TAX LIABILITY                    0.00

        ACCUM DISTR OF TRUSTS: F4970           0.00
LN 64   FEDERAL INCOME TAX WITHHELD        1,274.00
LN 65   ESTMTED TX PMTS & AMT PRV APPLD        0.00
LN 66a  EARNED INCOME CREDIT              2,623.00


        EIC PRIOR YEAR EARNED INCM AMT         0.00
LN 66b  NON TXBL COMBAT PAY ELECTION           0.00
        NON TXBL COMBAT PAY: F8812             0.00
LN 67   EXCESS SOC SEC/RRTA TAX WTHHLD         0.00
LN 68   ADDITIONAL CHILD TAX CR: F8812         0.00

        F8812 PRIOR YR EARNED INCM             0.00
LN 69   AMOUNT PAID WITH F4868                 0.00
```

```
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 30200712 R7 DIXO   SP SSN: 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      F1040  7 of 7
                                        PER RETURN
LN 70   CR FOR FED TX ON FUELS: F4136          0.00
        REGULATED INVST CMPNY CR: F2439        0.00
LN 71   REFUNDABLE CR FOR PY MIN TAX           0.00
        CR FOR FED PHONE EXCISE TX RFND        0.00
LN 72   TOTAL PAYMENTS                    3,897.00
LN 74a  REFUND AMOUNT                     3,897.00-
LN 75   APPLIED TO 2008 ESTIMATED TAX          0.00
LN 76   AMOUNT YOU OWE                         0.00
LN 77   ESTIMATED TAX PENALTY                  0.00
```

```
      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 30200712 C1 DIXO    SP SSN: 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              SCH C/C-EZ 1

DESC OF BUSINESS/PROFESSION:
BUSINESS NAME: MARY KAY COSMETICS              SSN: 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
ACCT MTHD: 3    FIRST TIME SCH C FILED?: 0     EIN: 00-0000000

LN 1    GROSS RECEIPTS OR SALES          PER RETURN
LN 2    RETURNS AND ALLOWANCES                        500
LN 3    NET GROSS RECEIPTS                          1,000
LN 4    COST OF GOODS SOLD                            500
LN 6    OTHER INCOME                               1,200
LN 9    CAR AND TRUCK EXPENSES                          0
LN 13   DEPRECIATION                                   0
                                                       0
```

```
      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 30200712 CA DIXO    SP SSN: 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              SCH C/C-EZ 1A

LN 15   INSURANCE (OTHER THAN HEALTH)    PER RETURN
LN 16a  MORTGAGE INTEREST                              0
LN 17   LEGAL AND PROFESSIONAL SERVICES                0
LN 18   OFFICE EXPENSE                                 0
LN 21   REPAIRS AND MAINTENANCE                        0
LN 24a  TRAVEL                                         0
LN 24b  MEALS AND ENTERTAINMENT                        0
LN 25   UTILITIES                                     37
LN 26   WAGES                                         70
LN 27   OTHER EXPENSES                                 0
LN 28/2 TOTAL EXPENSES                                 0
LN 30   EXP FOR BUSINESS USE OF HOME                 157
LN 35   INVENTORY AT BEGINNING OF YEAR               340
LN 41   INVENTORY AT END OF YEAR                   1,200
                                                       0
```

```
        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 30200712 SD DIXO      SPOUSE SSN:  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           SCH D
                                            PER RETURN
LN 3d   TOTAL SHORT-TERM SALES PRICE  |          0.00
LN 7f   NET SHORT-TERM GAIN/LOSS      |          0.00
LN 10d  TOTAL LONG-TERM SALES PRICE   |     130,500.00
LN 13f  CAPITAL GAIN DISTRIBUTIONS    |          0.00
LN 15f  NET LONG-TERM GAIN/LOSS       |        892.00
LN 18   28% RATE GAIN                 |          0.00
LN 19   UNRECAPTURED SECT. 1250 GAIN  |        892.00
```

```
        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 30200712 K1 DIXO    SPOUSE SSN:  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           E2441
                          CHILD AND DEPENDENT CARE CREDIT

   NUM QUALF PERSONS:  1
   CARE PROV SSN:  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                  CARE PROV NAME CNTRL:  APRI
LN 2 CHILD 1  (a) CHILD'S NAME CNTRL:  DIXO  (b) SSN:  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
              (c) QUALIFD EXP:         533
LN 2 CHILD 2  (a) CHILD'S NAME CNTRL:       (b) SSN:  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
              (c) QUALIFD EXP:           0
                                          PER RETURN
LN 3    AMOUNT OF QUALIFIED EXPENSES  |        533
LN 4    EARNED INCOME-PRIMARY         |     11,474
LN 5    EARNED INCOME-SECONDARY       |     11,474

LN 14   DEPENDENT CARE EMPLOYER BENEFITS |       0
LN 18   QUALIFIED EXP EMPLOYER INCURRED  |       0
LN 29   DEPENDENT CARE EXCLUDED BENEFITS |       0
        PRIOR YEAR CHILD CARE EXPENSES   |       0
```

```
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 30200712 EC DIXO    SPOUSE SSN:  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                    F8863
                          EDUCATION CREDITS
            HOPE CREDITS
LN 1  STUDENT 1 (a) STUDENT'S NAME CNTRL: DIXO  (b) SSN: 332847611
      STUDENT 2 (a) STUDENT'S NAME CNTRL:       (b) SSN: 000000000
      STUDENT 3 (a) STUDENT'S NAME CNTRL:       (b) SSN: 000000000

                                       PER RETURN
LN 2  TENTATIVE HOPE CREDIT AMOUNT     |       1,460


            LIFETIME LEARNING CREDITS
LN 3  STUDENT 1 (a) STUDENT'S NAME CNTRL:       (b) SSN: 000000000
      STUDENT 2 (a) STUDENT'S NAME CNTRL:       (b) SSN: 000000000
      STUDENT 3 (a) STUDENT'S NAME CNTRL:       (b) SSN: 000000000

                                       PER RETURN
LN 4  TOTL LIFETIM LRNING CR QLFD EXP  |         0

LN 17 TOTAL EDUCATION CREDIT AMOUNT    |       38.00
```

```
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 30200712 E1 DIXO    SPOUSE SSN:  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           SCH EIC



                CHILD 1                PER RETURN
LN 1  CHILD'S NAME CNTRL               | DIXO
LN 2  SSN                              | 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
LN 3  YEAR OF BIRTH                    | 2006
LN 4  a/b STUDENT/DISABLED             | 0
                CHILD 2
LN 1  CHILD'S NAME CNTRL               |
LN 2  SSN                              |
LN 3  YEAR OF BIRTH                    | 0000
LN 4  a/b STUDENT/DISABLED             | 0
```

```
       3328476112200700000000        *(TY2007) IRMF ON LINE TRANSCRIPT SYSTEM *
   TIN- 332847611  TIN TYPE AND VALIDITY- 2  DOCUMENT CODE- 00  PAGE 0001 OF 0004
   DOCUMENT TYPE: W-2        ON FILE DATE: 04-29-2008 ORIGINAL SUBMISSION
   PAYEE ENTITY DATA:  SSN 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 -- VALID SSN
   NEKEEI L DIXON                        PYR'S SUBMISSION DLN: 06537107002198
   45 APPLE LANE                         SSA MICROFILM NUMBER: 2008099AK92883
   PARK FOREST                           SUBMITTED TO: SSA ON: TAPE
   STATE: IL ZIP: 60466-0000             PAYROLL REPORTING UNIT: N/A

   ACCOUNT NUMBER: N/A                   3RD PARTY SICK PAY IND: UNANSWERED
   PAYER ENTITY DATA: TIN 061602245      RETIREMENT PLAN IND: UNANSWERED
   GARELLI WONG & ASSOCIATES INC.
   1 INDEPENDENT DRIVE                   $ CHNG: NOT SET
   JACKSONVILLE            FL 32202      CREDIBILITY: NOT SET
                                         STATUTORY EMPLOYEE IND: NO
   TYPE OF EMPLOYMENT: ALL OTHERS
   FED TAX WH..........$172+
   WAGES.............$8,977+
   SO SEC WH..........$556+
   SO SEC WAG........$8,977+
   MEDCARE WH.........$130+
   MEDCARE WG........$8,977+

   ********   TY1999 THROUGH TY2007 DATA IS NOW AVALABLE ON LINE    *********
```

```
       3328476112200700000000        *(TY2007) IRMF ON LINE TRANSCRIPT SYSTEM *
   TIN- 332847611  TIN TYPE AND VALIDITY- 2  DOCUMENT CODE- 00  PAGE 0002 OF 0004
   DOCUMENT TYPE: W-2        ON FILE DATE: 04-27-2008 ORIGINAL SUBMISSION
   PAYEE ENTITY DATA:  SSN 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 -- VALID SSN
   NEKEEI L DIXON                        PYR'S SUBMISSION DLN: 36537102008808
   137 FIR ST                            SSA MICROFILM NUMBER: 2008078AW07598
   PARK FOREST                           SUBMITTED TO: SSA ON: TAPE
   STATE: IL ZIP: 60466-0000             PAYROLL REPORTING UNIT: N/A

   ACCOUNT NUMBER: N/A                   3RD PARTY SICK PAY IND: UNANSWERED
   PAYER ENTITY DATA: TIN 362388267      RETIREMENT PLAN IND: UNANSWERED
   KICKERT SCHOOL BUS CO
   4845 WEST 167TH STRE                  $ CHNG: NOT SET
   OAK FOREST              IL 60452      CREDIBILITY: NOT SET
                                         STATUTORY EMPLOYEE IND: NO
   TYPE OF EMPLOYMENT: ALL OTHERS
   FED TAX WH..........$71+
   WAGES.............$4,693+
   SO SEC WH..........$290+
   SO SEC WAG........$4,693+
   MEDCARE WH.........$68+
   MEDCARE WG........$4,693+

   ENTER=(N)EXT, (P)REVIOUS, (S)UMMARY, (W)HITE OUT,IRPO(L),(O)NLINE,HARD(C)OPY
```

```
        3328476112200700000          *(TY2007) IRMF ON LINE TRANSCRIPT SYSTEM *
    TIN- 332847611  TIN TYPE AND VALIDITY- 2  DOCUMENT CODE- 00  PAGE 0003 OF 0004
    DOCUMENT TYPE: 1099-G   ON FILE DATE: 04-24-2008 ORIGINAL SUBMISSION
    PAYEE ENTITY DATA:  SSN 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 -- VALID SSN
    NEKEEI L DIXON                       PYR'S SUBMISSION DLN: 36569495440008
    137 FIR ST                           TRN CNTL CD: 09086A  PYR OFC CD: N/A
    PARK FOREST                          SUBMITTED TO: IRS ON: TAPE
    STATE: IL ZIP: 60466-0000            TAX YEAR OF REFUND: UNSET

    ACCOUNT NUMBER: N/A
    PAYER ENTITY DATA: TIN 363042127
    ILLINOIS DEPT OF EMPLOYMENT SECURITY
    33 SOUTH STATE STREET
    CHICAGO              IL 60603

    1099-G OFFSET: NOT REFUND, CREDIT OR OFFSET FOR TRADE OR BUSINESS
    FED TAX WH...........$0
    UNEMPL COM.......$4,113+




    ENTER=(N)EXT,(P)REVIOUS,(S)UMMARY,(W)HITE OUT,IRPO(L),(O)NLINE,HARD(C)OPY
```

```
        3328476112200700000          *(TY2007) IRMF ON LINE TRANSCRIPT SYSTEM *
    TIN- 332847611  TIN TYPE AND VALIDITY- 2  DOCUMENT CODE- 00  PAGE 0004 OF 0004
    DOCUMENT TYPE: 1099-G   ON FILE DATE: 04-22-2008 ORIGINAL SUBMISSION
    PAYEE ENTITY DATA:  SSN 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 -- VALID SSN
    DIXON NEKEEI                         PYR'S SUBMISSION DLN: 09569446230008
    137 FIR ST                           TRN CNTL CD: 09537B  PYR OFC CD: N/A
    PARK FOREST                          SUBMITTED TO: IRS ON: TAPE
    STATE: IL ZIP: 60466-1708            TAX YEAR OF REFUND: 2006

    ACCOUNT NUMBER: N/A
    PAYER ENTITY DATA: TIN 376002057
    STATE OF ILLINOIS REVENUE DEPARTMENT
    101 WEST JEFFERSON
    SPRINGFIELD          IL 62708

    1099-G OFFSET: NOT REFUND, CREDIT OR OFFSET FOR TRADE OR BUSINESS
    FED TAX WH...........$0
    PR YR RFND.........$357+




    ENTER=(N)EXT,(P)REVIOUS,(S)UMMARY,(W)HITE OUT,IRPO(L),(O)NLINE,HARD(C)OPY
```

```
          3328476112200700
             ***(TY2007) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
   TIN- 332847611  TIN TYPE AND VALIDITY- 2  DOCUMENT CODE- 00            4 DOCS
   GROUP              AMOUNT            GROUP              AMOUNT
   WAGES...........$13,670+
   PR YR RFND.........$357+
   UNEMPL COMP......$4,113+
   FED TAX WH.........$243+
   SO SEC WH..........$846+
   MEDCARE WH.........$198+
   MEDCARE WG......$13,670+
```

```
ENTER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP
```

```
    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 30200712    DIXO   SP SSN: 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  F1040 SUMMARY 1 of 2
EDWARDO DIXON
336 NEOLA ST                          PARK FOREST IL              604662304360
FS: Head of Household
EXEMPT: 03                    TOT INC:       34,688   TAX/TPR:         0.00
TOT ADJ/DED:            0    TOT PYMTS:    5,125.00


R1 - R7 F1040 PG1 THRU PG7




                          E1 EARNED INCOME CR


*** ALL OTHER DEFINER CODES RELEVANT TO THIS RETURN ARE DISPLAYED ON PG. 2 ***
    OF THE SUMMARY SCREEN.  USE DEFINER "DC" TO ACCESS.
```

---

```
     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 30200712 R1 DIXO   SP SSN: 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     F1040  1 of 7

FILING STATUS: Head of Household

THIRD PRTY IND: 0                              EXEMPTIONS: 03

DEPENDENTS:
1 SSN: 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 DIXO              2 SSN: 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 DIXO
```

|        |                                   | PER RETURN |
|--------|-----------------------------------|-----------:|
| LN 7   | WAGES                             | 34,688     |
| LN 8a  | TAXABLE INTEREST:  SCH B          | 0          |
| LN 8b  | TAX-EXEMPT INTEREST               | 0          |
| LN 9a  | ORDINARY DIVIDEND INCOME: SCH B   | 0          |
| LN 9b  | QUALIFIED DIVIDENDS               | 0          |
| LN 10  | REFUNDS OF STATE/LOCAL TAXES      | 0          |
| LN 11  | ALIMONY RECEIVED                  | 0          |

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 30200712 R2 DIXO   SP SSN: 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      F1040  2 of 7
PER RETURN

| | | |
|---|---|---|
| LN 12 | BUSINESS INCOME OR LOSS: SCH C | 0 |
| LN 13 | CAPITAL GAINS OR LOSS:  SCH D | 0 |
| LN 14 | OTHER GAINS OR LOSSES:  F4797 | 0 |
| LN 15a | GROSS IRA DISTRIBUTIONS | 0 |
| LN 15b | TAXABLE IRA DISTRIBUTIONS | 0 |
| LN 16a | GROSS PENSION/ANNUITY AMOUNT | 0 |
| LN 16b | TAXABLE PENSION/ANNUITY AMOUNT | 0 |
| LN 17 | RENT/ROYALTY/PARTNERSHIP/ESTATE | 0 |
| LN 18 | FARM INCOME OR LOSS:  SCH F | 0 |
| LN 19 | UNEMPLOYMENT INCOME | 0 |
| LN 20a | GROSS SOCIAL SECURITY BENEFITS | 0 |
| LN 20b | TXBL SOCIAL SECURITY BENEFITS | 0 |
| LN 21 | OTHER INCOME | 0 |
| LN 22 | TOTAL INCOME | 34,688 |
| LN 23 | EDUCATOR EXPENSES | 0 |

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 30200712 R3 DIXO   SP SSN: 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      F1040  3 of 7
PER RETURN

| | | |
|---|---|---|
| LN 24 | RESERVIST AND OTHR BUS EXPNS | 0 |
| LN 25 | HEALTH SAVINGS ACCT DEDUCTION | 0 |
| LN 26 | MOVING EXPENSES:  F3903 | 0 |
| LN 27 | SELF-EMPLOYMENT TAX DEDUCTION | 0 |
| LN 28 | SELF-EMP SEP AND QLFD PLANS | 0 |
| LN 29 | SELF-EMP HEALTH INS DEDUCTION | 0 |
| LN 30 | EARLY WTHDRAWL OF SAVINGS PNLTY | 0 |
| LN 31a | ALIMONY PAID SSN: 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 | 0 |
| LN 32 | IRA DEDUCTION | 0 |
| LN 33 | STUDENT LOAN INTEREST DEDUCTION | 0 |
| LN 34 | TUITION AND FEES DEDUCTION | 0 |
| LN 35 | DOMESTIC PROD ACTVTY DED: F8903 | 0 |
| | ARCHER MSA DEDUCTION | 0 |
| | OTHER ADJUSTMENTS | 0 |
| LN 36 | TOTAL ADJUSTMENTS | 34,688.00 |
| LN 37 | AGI | |

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 30200712 R4 DIXO    SP SSN: 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    F1040 4 of 7
                                      PER RETURN
LN 43   TAXABLE INCOME                      16,638.00

LN 44   TENTATIVE TAX                        1,934.00

        ADDNL FORM 8814 TAX AMT                   0.00
LN 45   ALTERNATIVE MINIMUM TAX                   0.00
LN 47   CHILD & DEP CARE EXP: F2441             261.00
LN 48   CR ELDERLY AND DISABLED:   SCH R         0.00
LN 49   EDUCATION CREDIT: F8863                   0.00

LN 50   RESIDENTIAL ENERGY CREDITS               0.00
LN 51   FOREIGN TAX CREDIT:  F1116               0.00
LN 52   CHILD TAX CREDIT                     1,481.00

        DC FIRST TIME HOMEBUYER CREDIT           0.00
LN 53   RETIREMENT SAVINGS CONTRIB CR          192.00
        PRIM RET SAV CNTRB: F8880 LN 6a        1,920
        SEC RET SAV CNTRB:  F8880 LN 6b            0


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 30200712 R5 DIXO    SP SSN: 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    F1040 5 of 7
                                      PER RETURN
LN 54   F8396/F8839/F8859 CREDITS                0.00
LN 55   GENERAL BUSINESS CREDITS                 0.00
        MORTGAGE CERTIFICATE CR                  0.00
        FORM 1040C CREDIT                        0.00
        PRIOR YR MIN TAX CREDIT: F8801           0.00
        OTHER STATUTORY CREDITS                  0.00
LN 56   TOTAL STATUTORY CREDITS              1,934.00

LN 58   SELF-EMPLOYMENT TAX                      0.00
LN 59   FICA ON UNREPORTED TIPS                  0.00
        UNPAID FICA ON REPORTED TIPS             0.00
        TOT SS/MED WTHLD: F8812 LN 7             0.00
LN 60   TAX ON QUALIFIED PLANS: F5329            0.00

```
      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 30200712 R6 DIXO    SP SSN:  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       F1040   6 of 7
                                   PER RETURN
LN 61   ADVANCED EIC                              0.00
LN 62   HOUSEHLD EMPLOYMENT TXES: SCH H           0.00
LN 63   TOTAL TAX LIABILITY                       0.00

        ACCUM DISTR OF TRUSTS: F4970              0.00
LN 64   FEDERAL INCOME TAX WITHHELD           3,951.00
LN 65   ESTMTED TX PMTS & AMT PRV APPLD           0.00
LN 66a  EARNED INCOME CREDIT                    655.00


        EIC PRIOR YEAR EARNED INCM AMT            0.00
LN 66b  NON TXBL COMBAT PAY ELECTION              0.00
        NON TXBL COMBAT PAY: F8812                0.00
LN 67   EXCESS SOC SEC/RRTA TAX WTHHLD            0.00
LN 68   ADDITIONAL CHILD TAX CR: F8812          519.00

        F8812 PRIOR YR EARNED INCM                0.00
LN 69   AMOUNT PAID WITH F4868                    0.00
```

```
      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 30200712 R7 DIXO    SP SSN:  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       F1040   7 of 7
                                   PER RETURN
LN 70   CR FOR FED TX ON FUELS: F4136             0.00
        REGULATED INVST CMPNY CR: F2439           0.00
LN 71   REFUNDABLE CR FOR PY MIN TAX              0.00
        CR FOR FED PHONE EXCISE TX RFND           0.00

LN 72   TOTAL PAYMENTS                        5,125.00
LN 74a  REFUND AMOUNT                         5,125.00-
LN 75   APPLIED TO 2008 ESTIMATED TAX            0.00
LN 76   AMOUNT YOU OWE                            0.00
LN 77   ESTIMATED TAX PENALTY                     0.00
```

```
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 30200712 K1 DIXO     SPOUSE SSN: 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          F2441
                        CHILD AND DEPENDENT CARE CREDIT
   NUM QUALF PERSONS: 2                          CARE PROV NAME CNTRL:  APRI
    CARE PROV SSN: 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
  LN 2 CHILD 1 (a) CHILD'S NAME CNTRL: DIXO (b) SSN: 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
               (c) QUALIFD EXP:      523
  LN 2 CHILD 2 (a) CHILD'S NAME CNTRL: DIXO (b) SSN: 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
               (c) QUALIFD EXP:      522
                                    PER RETURN
  LN 3   AMOUNT OF QUALIFIED EXPENSES  |        1,045
  LN 4   EARNED INCOME-PRIMARY         |       34,688
  LN 5   EARNED INCOME-SECONDARY       |       34,688

  LN 14  DEPENDENT CARE EMPLOYER BENEFITS |         0
  LN 18  QUALIFIED EXP EMPLOYER INCURRED  |         0
  LN 29  DEPENDENT CARE EXCLUDED BENEFITS |         0
         PRIOR YEAR CHILD CARE EXPENSES  |         0
```

```
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 30200712 E1 DIXO     SPOUSE SSN: 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          SCH EIC


                          CHILD 1                PER RETURN
  LN 1   CHILD'S NAME CNTRL          | DIXO
  LN 2   SSN                         | 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
  LN 3   YEAR OF BIRTH               | 1996
  LN 4   a/b STUDENT/DISABLED        | 0
                          CHILD 2
  LN 1   CHILD'S NAME CNTRL          | DIXO
  LN 2   SSN                         | 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
  LN 3   YEAR OF BIRTH               | 1997
  LN 4   a/b STUDENT/DISABLED        | 0
```

```
       35774343422007000000      *(TY2007) IRMF ON LINE TRANSCRIPT SYSTEM *
TIN- 357743434  TIN TYPE AND VALIDITY- 2  DOCUMENT CODE- 00  PAGE 0001 OF 0002
DOCUMENT TYPE: W-2     ON FILE DATE: 04-27-2008 ORIGINAL SUBMISSION
PAYEE ENTITY DATA:  SSN 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 -- VALID SSN
  EDWARDO C DIXON                    PYR'S SUBMISSION DLN: 36537102009278
  137 FIR                            SSA MICROFILM NUMBER: 2008078BG43637
  PARK FOREST                        SUBMITTED TO: SSA ON: TAPE
  STATE: IL ZIP: 60466-0000          PAYROLL REPORTING UNIT: N/A

ACCOUNT NUMBER: N/A                  3RD PARTY SICK PAY IND: UNANSWERED
PAYER ENTITY DATA: TIN 362164842     RETIREMENT PLAN IND: YES
  CHICAGO TRANSIT AUTHORITY
  567 W LAKE STREET                  $ CHNG: NOT SET
  CHICAGO            IL 60661        CREDIBILITY: NOT SET
                                     STATUTORY EMPLOYEE IND: NO
TYPE OF EMPLOYMENT: ALL OTHERS
  FED TAX WH........$3,951+
  WAGES............$34,687+
  SO SEC WH.........$2,315+
  SO SEC WAG.......$37,348+
  DEF COMP..........$1,919+
  MEDCARE WH.........$541+
  MEDCARE WG.......$37,348+
********    TY1999 THROUGH TY2007 DATA IS NOW AVALABLE ON LINE    *********
```

```
       35774343422007000000      *(TY2007) IRMF ON LINE TRANSCRIPT SYSTEM *
TIN- 357743434  TIN TYPE AND VALIDITY- 2  DOCUMENT CODE- 00  PAGE 0002 OF 0002
DOCUMENT TYPE: 1099-G   ON FILE DATE: 04-22-2008 ORIGINAL SUBMISSION
PAYEE ENTITY DATA:  SSN 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 -- VALID SSN
  DIXON EDWARDO                      PYR'S SUBMISSION DLN: 09569446240008
  336 NEOLA ST                       TRN CNTL CD: 09537C  PYR OFC CD: N/A
  PARK FOREST                        SUBMITTED TO: IRS ON: TAPE
  STATE: IL ZIP: 60466-2304          TAX YEAR OF REFUND: 2006

ACCOUNT NUMBER: N/A
PAYER ENTITY DATA: TIN 376002057
  STATE OF ILLINOIS REVENUE DEPARTMENT
  101 WEST JEFFERSON
  SPRINGFIELD         IL 62708

1099-G OFFSET: NOT REFUND, CREDIT OR OFFSET FOR TRADE OR BUSINESS
  FED TAX WH..........$0
  PR YR RFND.........$479+



   ENTER=(N)EXT,(P)REVIOUS,(S)UMMARY,(W)HITE OUT,IRPO(L),(O)NLINE,HARD(C)OPY
```

JUL-28-2008 02:48

ENTER=PAYE(E),'PAYS(P),'(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP

```
3577434342200700
            ***(TY2007) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
        TIN-357743434  TIN TYPE AND VALIDITY-2  DOCUMENT CODE-00
            GROUP            AMOUNT        GROUP            AMOUNT
        WAGES.............$34,687+
        PR YR RFND........$479+
        FED TAX WH........$1,929+
        OTHER INC.........$3,955+
        SO SEC WH.........$2,315+
        MEDCARE WH........$554+
        MEDCARE WG........$37,348+
```

2 DOCS

TOTAL P.08



KICKERT SCHOOL BUS LINE INC.

**Date** 04/11/2008

**Employee ID** 6231

**Employee Name** NEKEEI L. DIXON

**Start Per.** March 23, 2008

**End Per.** April 5, 2008

## PAY

| Code | Hours | Rate | Amount |
|------|-------|------|--------|
| HRSC | 37.00 | | $434.75 |
| **Totals** | | | $434.75 |

**Gross YTD  $4,316.17**

## TAXES

| Code | Withheld | YTD |
|------|----------|-----|
| FICA | $33.25 | $330.18 |
| Med. | $6.30 | $62.58 |
| S.S. | $26.95 | $267.60 |
| FIT | $.00 | $36.22 |
| IL | $8.43 | $87.95 |

**Net YTD  $3,677.32**

## DEDUCTIONS

| Code | Amount | YTD |
|------|--------|-----|
| CHCA | $3.94 | $24.50 |
| CRUN | $.00 | $20.00 |
| | $3.94 | $44.50 |

## BENEFITS

| Code | Amount | YTD |
|------|--------|-----|

**Net Pay  $389.13**

KICKERT SCHOOL BUS LINE INC.

**Employee Name**
NEKEEI L. DIXON

**Employee ID**
6231

**Start Per.**
April 6, 2008

**End Per.**
April 19, 2008

**Date**
04/25/2008



## PAY

| Code | Hours | Rate | Amount |
|------|-------|------|--------|
| HRSC | 43.50 | | $511.13 |
| **Totals** | | | $511.13 |

**Gross YTD**  $4,827.30

## TAXES

| Code | Withheld | YTD |
|------|----------|-----|
| FICA | $39.11 | $369.29 |
| Med. | $7.42 | $70.00 |
| S.S. | $31.69 | $299.29 |
| FIT | $.00 | $36.22 |
| IL | $10.72 | $98.67 |

**Net YTD**  $4,105.50

## DEDUCTIONS

| Code | Amount | YTD |
|------|--------|-----|
| CHCA | $13.12 | $37.62 |
| CRUN | $.00 | $20.00 |
| UNDU | $20.00 | $160.00 |
| | $33.12 | $217.62 |

**Net Pay**  $428.18

## BENEFITS

| Code | Amount | YTD |
|------|--------|-----|

KICKERT SCHOOL BUS LINE INC.

**Date**
01/18/2008

**Employee ID**
6231

**Employee Name**
NEKEEI L. DIXON

**Start Per.**
December 30, 2007

**End Per.**
January 12, 2008

**Rate**

## PAY

| Code | Hours | Amount |
|------|-------|--------|
| HRSC | 30.25 | $355.44 |
| RTOT | 0.00 | $20.00 |
| **Totals** | | **$375.44** |

## TAXES

| Code | Withheld | YTD |
|------|----------|-----|
| FICA | $28.72 | $48.50 |
| Med. | $5.44 | $9.19 |
| S.S. | $23.28 | $39.31 |
| FIT | $.00 | $.00 |
| IL | $6.65 | $9.79 |

## DEDUCTIONS

| Code | Amount | YTD |
|------|--------|-----|
| CRUN | $20.00 | $20.00 |
| UNDU | $60.00 | $60.00 |
| | $80.00 | $80.00 |

## BENEFITS

| Code | Amount | YTD |
|------|--------|-----|

**Gross YTD   $634.06**          **Net YTD   $495.77**          **Net Pay   $260.07**

KICKERT SCHOOL BUS LINE INC.

**Employee ID**
6231

**Start Per.**
January 13, 2008

**Employee Name**
NEKEEI L. DIXON

**End Per.**
January 26, 2008

**Date**
02/01/2008



## PAY

| Code | Hours | Rate | Amount |
|------|-------|------|--------|
| HROT | 4.00 | | $41.36 |
| HRSC | 60.50 | | $710.88 |
| Totals | | | $752.24 |

**Gross YTD   $1,386.30**

## TAXES

| Code | Withheld | YTD |
|------|----------|-----|
| FICA | $57.55 | $106.05 |
| Med. | $10.91 | $20.10 |
| S.S. | $46.64 | $85.95 |
| FIT | $17.53 | $17.53 |
| IL | $17.95 | $27.74 |

**Net YTD   $1,154.98**

## DEDUCTIONS

| Code | Amount | YTD |
|------|--------|-----|
| CRUN | $.00 | $20.00 |
| | $.00 | $200 |

## BENEFITS

| Code | Amount | YTD |
|------|--------|-----|

**Net Pay   $659.21**



KICKERT SCHOOL BUS LINE INC.

**Date**
01/04/2008

**Employee Name**
NEKEEI L. DIXON

**Employee ID**
6231

**Start Per.**
December 16, 2007

**End Per.**
December 29, 2007

### PAY

| Code | Hours | Rate | Amount |
|------|-------|------|--------|
| HRSC | 20.00 | | $235.00 |
| RTCH | 0.00 | | $23.62 |

Totals: $258.62

### TAXES

| Code | Withheld | YTD |
|------|----------|-----|
| FICA | $19.78 | $19.78 |
| Med. | $3.75 | $3.75 |
| S.S. | $16.03 | $16.03 |
| FIT | $.00 | $.00 |
| IL | $3.14 | $3.14 |

### DEDUCTIONS

| Code | Amount | YTD |
|------|--------|-----|

### BENEFITS

| Code | Amount | YTD |
|------|--------|-----|

Net Pay $235.70

Net YTD $235.70

Gross YTD $258.62

## Employee Statement of Earnings and Deductions



| Pay Org: | 1131 | Place: | 19 |
|---|---|---|---|
| Pay Begin Date: | 04/06/2008 | Check #: | 9855247 |
| Pay End Date: | 04/19/2008 | Check Date: | 04/30/2008 |

| Edwardo C. Dixon | Employee #: | 42848 |
|---|---|---|
| 137 fir | Position Title: | Bus Operator |
| Park Forest IL 60466 | Base Rate: | 26.869 |
| SSN: | | |

**TAX DATA:**

| | Federal | IL State |
|---|---|---|
| Marital Status: | Married | Not Used |
| Allowances: | 2 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 97.10 | 2,609.05 | 593.40 | 15,061.10 |
| Overtime 1 | 6.30 | 169.28 | 19.70 | 529.35 |
| Contract Adj | 0.00 | 0.00 | 0.00 | 98.61 |
| Holiday | 0.00 | 0.00 | 32.00 | 754.10 |
| Holiday Prem | 0.00 | 0.00 | 4.80 | 128.98 |
| Total: | 103.40 | 2,778.33 | 649.90 | 16,570.14 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 235.78 | 1,222.57 |
| Social Security | 169.70 | 1,004.34 |
| IL State Tax | 70.44 | 420.34 |
| Medicare | 39.69 | 234.89 |
| Total: | 515.61 | 2,882.14 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 166.70 | 926.50 |
| Indemnity Family | 7.18 | 64.62 |
| Def Comp 457 | 138.92 | 828.51 |
| HC Trust | 83.35 | 432.28 |
| HMO IL Family | 34.05 | 306.45 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | | 292.95 |
| Credit Union | 225.00 | 1,620.00 |

### VACATION AND HOLIDAY BALANCES

| Description | Hours |
|---|---|
| Vacation Balance: | |
| Holiday Balance: | |

### SUMMARY

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,778.33 | 2,348.13 | 515.61 | 655.20 | 1,607.52 |
| YTD | 16,570.14 | 14,011.78 | 2,882.14 | 4,431.32 | 9,256.68 |

MESSAGE:

## Employee Statement of Earnings and Deductions

**cta**

Edwardo C. Dixon
137 fir
Park Forest IL 60466

SSN:

| | |
|---|---|
| Employee #: | 42648 |
| Position Title: | Bus Operator |
| Base Rate: | 20.261 |

| Pay Org: | 1131 |
|---|---|
| Pay Begin Date: | 12/30/2007 |
| Pay End Date: | 01/12/2008 |

| Place | 19 |
|---|---|
| Check #: | 9835248 |
| Check Date: | 01/23/2008 |

### TAX DATA:

| | Federal | IL State |
|---|---|---|
| Marital Status: | Married | Not Used |
| Allowances: | 2 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 17.10 | 347.17 | 90.60 | 1,836.40 |
| Holiday | 8.00 | 162.09 | 16.00 | 324.18 |
| Total: | 25.10 | 509.26 | 106.60 | 2,160.58 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Social Security | 29.01 | 128.84 |
| Federal Tax | | 105.25 |
| IL State Tax | 12.82 | 57.16 |
| Medicare | 6.78 | 30.13 |
| Total: | 48.61 | 321.38 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | | 53.29 |
| Credit Union | 175.00 | 350.00 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 15.28 | 64.82 |
| Def Comp 457 | 25.46 | 108.03 |
| HMO IL Family | 34.05 | 68.10 |
| Indemnity Family | 7.18 | 14.36 |

### VACATION AND HOLIDAY BALANCES

| Description | Hours |
|---|---|
| Vacation Balance: | |
| Holiday Balance: | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 509.26 | 427.29 | 48.61 | 256.97 | 203.68 |
| YTD | 2,160.58 | 1,905.27 | 321.38 | 658.60 | 1,180.60 |

**SUMMARY**

MESSAGE:



**KICKERT SCHOOL BUS LINE INC.**

**Employee ID** 6231

**Employee Name** NEKEEI L. DIXON

**Date** 07/04/2008

**Start Per.** June 15, 2008

**End Per.** June 28, 2008

### PAY

| Code | Hours | Rate | Amount |
|------|-------|------|--------|
| HRSC | 29.25 | | $302.45 |

### TAXES

| Code | Withheld | YTD |
|------|----------|-----|
| FICA | $23.14 | $574.95 |
| Med. | $4.39 | $1008.89 |
| S.S. | $18.75 | $465.97 |
| FIT | $.00 | $53.35 |
| IL | $4.46 | $156.24 |

### DEDUCTIONS

| Code | Amount | YTD |
|------|--------|-----|
| ADMFEE | $.00 | $1.02 |
| CHCA | $4.68 | $49.80 |
| CRUN | $.00 | $20.00 |
| WGAS | $.00 | $123.08 |

### BENEFITS

| Code | Amount | YTD |
|------|--------|-----|

| Totals | | | |
|--------|--------|--------|--------|
| | $302.45 | $4.46 | $4.68 |

**Gross YTD** $7,515.71   **Net YTD** $6,337.27   **Net Pay** $270.17

$193.90



KICKERT SCHOOL BUS LINE INC.

**Employee ID**
6231

**Start Per.**
June 1, 2008

**End Per.**
June 14, 2008

**Employee Name**
NEKEE L. DIXON

**Date**
06/20/2008

## PAY

| Code | Hours | Rate | Amount |
|------|-------|------|--------|
| HRCH | 3.00 | | $32.61 |
| HROT | 2.00 | | $20.68 |
| HRSC | 38.75 | | $455.31 |

Totals: $508.60

## TAXES

| Code | Withheld | YTD |
|------|----------|-----|
| FICA | $38.90 | $551.81 |
| Med. | $7.37 | $104.59 |
| S.S. | $31.53 | $447.22 |
| FTT | $.00 | $53.35 |
| IL | $10.64 | $151.78 |

## DEDUCTIONS

| Code | Amount | YTD |
|------|--------|-----|
| ADMFEE | $.00 | $1.02 |
| CHCA | $.00 | $45.12 |
| CRUN | $.00 | $20.00 |
| UNDU | $20.00 | $200.00 |
| WGAS | $.00 | $123.08 |

$20.00 | $389.22

## BENEFITS

| Code | Amount | YTD |
|------|--------|-----|

**Gross YTD  $7,213.26**    **Net YTD  $6,067.10**    **Net Pay  $439.06**



KICKERT SCHOOL BUS LINE INC.

| Employee ID | Employee Name | Date |
|---|---|---|
| 6231 | NEKEEI L. DIXON | 06/06/2008 |

**Start Per.** May 18, 2008   **End Per.** May 31, 2008

## PAY

| Code | Hours | Rate | Amount |
|---|---|---|---|
| HRCH | 3.00 | | $32.61 |
| HRSC | 52.50 | | $616.88 |

## TAXES

| Code | Withheld | YTD |
|---|---|---|
| FICA | $49.69 | $512.91 |
| Med. | $9.42 | $97.22 |
| S.S. | $40.27 | $415.69 |
| FIT | $7.26 | $53.35 |
| IL | $14.87 | $141.14 |

## DEDUCTIONS

| Code | Amount | YTD |
|---|---|---|
| ADMFEE | $1.02 | $1.02 |
| CHCA | $3.75 | $45.12 |
| CRUN | $.00 | $20.00 |
| WGAS | $51.17 | $123.08 |
| | $55.94 | $189.22 |

## BENEFITS

| Code | Amount | YTD |
|---|---|---|

**Totals**

| | Amount |
|---|---|
| | $649.49 |

Gross YTD $6,704.66   Net YTD $5,628.04   Net Pay $521.73



CTA Employee Self Service

Home    Logout    Preferences

## Payslip

| | |
|---|---|
| Employee Name | **Edwardo Dixon** |
| Organization Email Address | |
| Employee Number | **42648** |
| Business Group | **Chicago Transit Authority** |

Choose a Payslip    09-JUL-2008 - 42648 - Check 1    ( Go )

| | | | |
|---|---|---|---|
| Employee | **Edwardo C. Dixon** | Organization | **74th & Wood Scheduled Transit Operations** |
| Social Security Number | **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** | Location | **74Th Street Garage** |
| Badge Number | **42648** | Bargaining Unit | **241 Amalgamated Transit (Bus) Union Local 241** |
| Employee Address | **137 fir Park Forest IL 60466** | Job Title | **Bus Operator.241** |
| | | Position | **0000060352.0110.Bus Operator.FTP.STO** |
| Latest Hire Date | **29-Sep-2003** | Grade | **W.H463** |
| Original Hire Date | **29-Sep-2003** | Payroll | **Surface** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Bi-Week | 14-May-2008 | 20-Apr-2008 | 03-May-2008 | 26.87 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,179.13 | 346.31 | 377.01 | 278.29 | 1,177.52 |
| YTD | 18,749.27 | 2,904.67 | 3,259.15 | 2,151.25 | 10,434.20 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Holiday Premium HR | | | 4.80 | 128.98 |
| Accident Reportg HR | | | 0.50 | 13.44 |
| Weekly OT HR | 1.60 | 43.00 | 21.30 | 572.35 |
| Holiday HR | | | 32.00 | 754.10 |
| Ext Revenue Serv HR | | | 6.90 | 185.40 |
| FLSA HR | | | 4.90 | 130.88 |
| Regular Time HR | 79.50 | 2,136.13 | 660.60 | 16,867.51 |
| Contract Adj | | | | 96.61 |

### Rate Details

### Pre-Tax Deductions                        Taxes

| | | | | |
|---|---|---|---|---|
| Holiday HR | | 8.00 | 214.96 | 56.00 | 1,398.98 |
| Ext Revenue Serv HR | | | | 6.90 | 185.40 |
| FLSA HR | | 2.60 | 70.02 | 12.70 | 340.85 |
| Regular Time HR | | 59.00 | 1,585.93 | 1,030.60 | 26,812.19 |
| Authority Dev S2 | | | | 8.00 | 214.96 |
| Adj Chg to Schd WC | | | | 6.00 | 161.22 |
| Contract Adj | | | | | 96.61 |

### Rate Details

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                  Case No. _____

_____

**Dixon, Edwardo & Dixon, Nekeei**                                      Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **351.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **325.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ **July 30, 2008** _____   ***/s/ Nicolette Robovsky***

_____Date_____                                          ____Signature of Attorney____

                                                              **Gleason & Gleason**

                                                              ____Name of Law Firm____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number:  00437-ILN-CC-004548949

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 29, 2008_____, at 9:29_____ o'clock AM MDT_____,

Nekeei Dixon_____ received from

Black Hills Children's Ranch, Inc._____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared_____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone_____.

Date: July 29, 2008_____       By       /s/Rhonda Bossman_____

                                          Name   Rhonda Bossman_____

                                          Title    Credit Counselor_____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00437-ILN-CC-004548998

## CERTIFICATE OF COUNSELING

I CERTIFY that on July 29, 2008 _____, at 9:37 _____ o'clock AM MDT _____.

Edwardo Dixon _____ received from

Black Hills Children's Ranch, Inc. _____

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois _____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared _____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone _____.

Date: July 29, 2008 _____        By      /s/Rhonda Bossman _____

                                    Name    Rhonda Bossman _____

                                    Title   Credit Counselor _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

**IN RE:**                                                 Case No. _____

<u>Dixon, Edwardo & Dixon, Nekeei</u>                Chapter <u>7</u>_____
                 Debtor(s)

### DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER               Date: <u>July 23, 2008</u>_____
A. To be completed in all cases.

I (We) <u>Edwardo Dixon</u>            and <u>Nekeei Dixon</u>_____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

     ☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

     ☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____      Signature: _____
     (Debtor or Corporate Officer, Partner or Member)                     (Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only